

**FILED**

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0425

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0425

JAY DONALD WITKOWSKI,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

**O R D E R**

Appellant Jay Donald Witkowski has filed a motion for a 30-day extension of time within which to file his opening brief. Upon consideration of Appellant's motion,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until April 13, 2022, within which to file his opening brief.

DATED this ⅞ day of March, 2022.

For the Court,

_____
Chief Justice

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana